UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21111-CIV-HUCK/WHITE

WILLIE ISAAC,

    Petitioner,

v.

WALTER A. McNEIL,

    Respondent.
_____/



## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation (D.E. # 19) by the Honorable Patrick A. White, United States Magistrate Judge, filed December 15, 2010, recommending that Petitioner's *pro se* petition for writ of habeas corpus (D.E. # 1) be denied. Petitioner has not filed objections within the period required by law. The Court reviewed *de novo* the Report and Recommendation, the pertinent portions of the record, and is otherwise duly advised. Accordingly, it is hereby

ORDERED that the Court adopts the findings of fact and conclusions of law as stated in the Report. The petition is denied. The Clerk is directed to close this case and deny any pending motions as moot. No certificate of appealability shall issue.

DONE AND ORDERED in Chambers, Miami, Florida, January 18, 2011.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Willie Isaac (*pro se*)
DC # 437044
Dade Correctional Institution
19000 SW 377 St.
Suite 300
Florida City, FL 33034

All Counsel of Record
Magistrate Judge Patrick A. White